# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2025

**VIA EMAIL and ECF**

The Honorable Judge Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The deadline for Defendant Diaz Soto to secure two cosigners is extended until **November 20, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 5.

Dated:  November 13, 2025
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:     **United States v. Yoansel Gregorio Diaz Soto**

  **25 Mag 03537 (UA)**

Dear Honorable Judge Tarnofsky:

  I write with the consent of the Government to respectfully request that the Court extend the deadline for securing two cosigners to Mr. Diaz Soto's bond to Thursday, November 20, 2025.


  On November 6, 2025, Magistrate Judge Henry J. Ricardo released Mr. Diaz Soto on his own signature and imposed bail conditions, including: a $25,000 personal recognizance bond, cosigned by two financially responsible persons; travel restricted to SDNY/EDNY and Lancaster PA; surrender of all travel documents and no new applications; curfew; location monitoring as directed by PTS; defendant to seek or continue employment; pretrial supervision as directed by Pretrial Services; restricted internet use;  and possession of only one cellphone and one computer, as approved and monitored by PTS. Mr. Souda's bail conditions were to be met by Thursday, November 13, 2025.


  Since his release, Mr. Diaz Soto has been compliant with his bail conditions and has reported to Pretrial as directed. One of his cosigners (his mother) has been interviewed and awaits approval to sign the bond. The other cosigner (his father) has not yet been interviewed. We respectfully ask

Honorable Tarnofsky                                                          Page 2

for seven additional days to schedule the second cosigner interview with the Government and secure the cosigners to the bond. The Government consents to this request.


Thank you for your consideration of this matter.


Respectfully submitted,

/s/

Michael Rooney

Assistant Federal Defender

(917) 565-1094

**SO ORDERED:**




_____

**HONORABLE ROBYN F. TARNOFSKY**

**UNITED STATES MAGISTRATE JUDGE**


cc:     AUSA Ariana Bloom (by e-mail)